In the Matter of the Accounting of FIRST TRUST & DEPOSIT COMPANY, as Successor Trustee under Deed of Trust between MELISSA M. DENISON and FREDERICK W. BARKER, Respondent. CLIFFORD H. SEARL, as Executor of MERRILL DENISON-FORBES, Deceased, Appellant; HENRY S. DUNNING et al.,

**992**

Respondents.—

Present — Wiliams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.